```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
  STEVE SANDS,                                               :
                                   Plaintiff,                :
                                                             :    23 Civ. 1517 (LGS)
                 -against-                                   :
                                                             :         ORDER
  ZIFF DAVIS, LLC,                                           :
                                   Defendant.                :
                                                             :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference in this matter is scheduled for April 12, 2023;

WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan. It is hereby

**ORDERED** that the April 12, 2023, initial pretrial conference is **cancelled**. If the parties believe that a conference would nevertheless be useful, they should inform the court immediately so the conference can be reinstated. The case management plan and scheduling order will issue in a separate order. The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date. It is further

**ORDERED** that if Defendant seeks to file a motion to dismiss, it shall file a pre-motion letter pursuant to Individual Rules III.A.1 and III.C.2. It is further

**ORDERED**, regarding settlement discussions, the parties' request for a referral to a settlement conference is **GRANTED**. The referral will issue in a separate order.

The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances.

Dated: April 6, 2023
       New York, New York

*[signature: Lorna G. Schofield]*
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE