UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Steve Sands,

        Plaintiff,

v.

Ziff Davis, LLC,

        Defendant.

Case No: 1:23-cv-01517-LGS

So Ordered.

Dated: May 26, 2023
New York, New York

*/s/ Lorna G. Schofield*
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

**STIPULATION OF VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that, whereas no party in this action is an infant or incompetent, the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: May 25, 2023

DAVIS WRIGHT TREMAINE LLP

By: _/s/ James Rosenfeld_
James Rosenfeld, Esq.
1251 Avenue of the Americas, 21st Floor,
New York City, NY 10020
Tel: (212) 603-6455
Email: jamesrosenfeld@dwt.com
*Attorneys for Defendant*

SANDERS LAW GROUP

By: _/s/ Jaymie Sabilia-Heffert_
Jaymie Sabilia-Heffert, Esq.
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: jheffert@sanderslaw.group
File No.: 124824
*Attorneys for Plaintiff*